**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

---

In re:  Christine & Rory Friel           Case No.:    20-14900

                                         Chapter:     13

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, has filed an Application seeking compensation of $5,000.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from February 24, 2021, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

Respectfully submitted,

*/s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated:  February 24, 2021