# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                          Chapter 13

      CHRISTINE M FRIEL                      Bankruptcy No. 20-14900-ELF
      RORY N FRIEL
      22 MEDBURY LN

      WALLINGFORD, PA 19086

      Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHRISTINE M FRIEL
    RORY N FRIEL
    22 MEDBURY LN

    WALLINGFORD, PA 19086

**Counsel for debtor(s), by electronic notice only.**
    JEANNE MARIE CELLA
    215 N OLIVE ST, STE 101

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 2/25/2021                                                                                  /s/ William C. Miller

                                                                                           _____
                                                                                           William C. Miller, Esquire
                                                                                           Chapter 13 Standing Trustee