JEANNE MARIE CELLA & ASSOCIATES, LLC
By: Jeanne Marie Cella, Esquire
215 N Olive St, Ste 101
Media, PA 19063
Telephone: (610) 566-8500
Facsimile: (610) 566-4375                              Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Christine & Rory Friel**          :
                                            :          **Bankruptcy No:  20-14900**
                                            :          **Chapter 13**
                    **Debtors**             :

## CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have

elapsed from the date of service of the Notice of the filing of an Application for Compensation that

no creditor or any other party in interest has served upon counsel for debtor an answer, objection

responsive pleading or request for hearing.  Counsel requests entry of an Order granting the said

Motion.

**JEANNE MARIE CELLA & ASSOCIATES, LLC**

**BY:** */s/ Jeanne Marie Cella, Esquire*
          Jeanne Marie Cella, Esquire

Dated: May 13, 2021