United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 20-14900-elf

Christine M Friel                                                                         Chapter 13

Rory N Friel

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christine M Friel, Rory N Friel, 22 Medbury Ln, Wallingford, PA 19086-6603 |
| 14573206 | + | AES/PNC Bank, P.O.Box 2461, Harrisburg, PA 17105-2461 |
| 14573205 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14573207 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 14573214 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14579003 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14581019 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580272 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14573217 | | PennyMac Loan Services, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14589400 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14579943 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14582004 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14573221 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14573222 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14577625 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14578725 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14573208 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 08 2021 00:15:00 | American Honda Finance, PO Box 7829, Philadelphia, PA 19101 |
| 14574403 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 08 2021 00:15:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14573209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2021 00:26:49 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14573210 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 00:26:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14575851 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 00:26:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14573212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2021 00:26:52 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14573213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2021 00:15:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14573211 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 08 2021 00:26:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14583053 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 00:26:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 20-14900-elf    Doc 41    Filed 07/09/21    Entered 07/10/21 00:46:16    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 155 | Total Noticed: 36 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14581994 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2021 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14577221 | | Email/PDF: pa_dc_claims@navient.com | Jul 08 2021 03:17:13 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14573215 | + | Email/PDF: pa_dc_claims@navient.com | Jul 08 2021 03:17:15 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14573216 | + | Email/Text: bankruptcynotices@psecu.com | Jul 08 2021 00:15:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14587202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 00:26:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14582564 | + | Email/Text: bankruptcynotices@psecu.com | Jul 08 2021 00:15:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14585732 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 00:26:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14573218 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 00:26:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14573219 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 00:26:53 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14573220 | | Email/Text: bankruptcy@td.com | Jul 08 2021 00:15:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14585601 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 00:26:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Joint Debtor Rory N Friel paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Debtor Christine M Friel paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 07, 2021 | Form ID: 155 | Total Noticed: 36 |

REBECCA ANN SOLARZ
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
  on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
  ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine M Friel and Rory N Friel
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−14900−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 6, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Eric L. Frank
                                                 Judge ,
                                                 United States Bankruptcy Court

                                                                           38 − 12
                                                                         Form 155