United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14900-djb |
| Christine M Friel | Chapter 13 |
| Rory N Friel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christine M Friel, Rory N Friel, 22 Medbury Ln, Wallingford, PA 19086-6603 |
| 14573214 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14581019 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14573206 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2026 00:42:00 | AES/PNC Bank, P.O.Box 2461, Harrisburg, PA 17105-2461 |
| 14573208 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 04 2026 00:42:00 | American Honda Finance, PO Box 7829, Philadelphia, PA 19101 |
| 14574403 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 04 2026 00:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14573205 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2026 00:42:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14573207 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2026 00:42:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 14573209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 00:51:54 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14573210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 00:41:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14575851 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:51:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14573211 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2026 00:41:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14573212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 00:51:48 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14573213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 00:42:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14620698 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 04 2026 00:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14621159 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 04 2026 00:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14579003 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 04 2026 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14583053 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:51:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14581994 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14577221 | | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 04 2026 00:41:32 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14573215 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 04 2026 00:52:01 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14573216 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2026 00:42:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14580272 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2026 00:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14587202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2026 00:41:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14582564 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2026 00:42:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14573217 | | Email/PDF: ebnotices@pnmac.com | Feb 04 2026 00:52:01 | PennyMac Loan Services, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14589400 | + | Email/PDF: ebnotices@pnmac.com | Feb 04 2026 00:51:47 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14585732 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:31 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794676 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:22 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston TX 77210-4457 |
| 14573218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 00:41:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14573219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 00:41:28 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14573220 | | Email/Text: bankruptcy@td.com | Feb 04 2026 00:42:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14579943 | ^ | MEBN | Feb 04 2026 00:31:38 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14582004 | ^ | MEBN | Feb 04 2026 00:31:50 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14759635 | + | Email/Text: EBN@edfinancial.com | Feb 04 2026 00:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14585601 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:51:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14573221 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 04 2026 00:41:22 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14573222 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 04 2026 00:41:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home |

| | | | |
|---|---|---|---|
| 14578725 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| | | Feb 04 2026 00:41:22 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14577625 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 04 2026 00:41:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Rory N Friel paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Debtor Christine M Friel paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 59 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Christine M Friel
   aka Christin M Doubet
   fka Christine Marie Doubet

   Rory N Friel

  Debtor(s).

Case No. 20−14900−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 3, 2026

For The Court

Mohung Wong
Clerk of Court